BEFORE THE SECOND DIVISION, APRIL 8, 1958

No. 61783.—Great Lakes Paper Co. et al. v. United States, protests 264629–K, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *John J. Coates Co. et al.* v. *United States* (44 C. C. P. A. 97, C. A. D. 643), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, APRIL 8, 1958

No. 61784.—United China & Glass Company v. United States, protest 322967–K (Galveston).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise invoiced as "6″ Blue Willow Cereal Bowls, Item 1957 in Cases No. 44–45, on page numbered 26 of the invoices attached to the entry the subject of this suit, valued at 84 cents per dozen pieces," is the same in all material respects as the oatmeal saucers the subject of *Copeland & Thompson, Inc.* v. *United States* (12 Cust. Ct. 85, C. D. 833), the claim of the plaintiff was sustained.